IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| SHERRIE A. GARBER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:10CV283 |
| | ) | |
| CAROLYN W. COLVIN,[1] | ) | |
| Acting Commissioner of Social | ) | |
| Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

This matter is before this court for review of the
Memorandum Opinion and Recommendation ("Recommendation") filed
on August 12, 2014, by the Magistrate Judge in accordance with
28 U.S.C. § 636(b).  (Doc. 14.)  In the Recommendation, the
Magistrate Judge recommends that the Commissioner's decision
finding no disability be affirmed, that Plaintiff's motion for
summary judgment (Doc. 9) be denied, that Defendant's motion for
judgment on the pleadings (Doc. 11) be granted, and that this
action be dismissed with prejudice.  The Recommendation was

---

[1] Carolyn W. Colvin became the Acting Commissioner of
Social Security on February 14, 2013. Pursuant to Rule 25(d) of
the Federal Rules of Civil Procedure, Carolyn W. Colvin should
be substituted for Michael J. Astrue as the Defendant in this
suit. No further action need be taken to continue this suit by
reason of the last sentence of section 205(g) of the Social
Security Act, 42 U.S.C. § 405(g).

served on the parties to this action on August 12, 2014.

Counsel for Plaintiff filed timely objections (Doc. 16) to the

Recommendation and counsel for the Commissioner filed a response

to the objections (Doc. 17).

This court is required to "make a de novo determination of

those portions of the [Magistrate Judge's] report or specified

proposed findings or recommendations to which objection is made."

28 U.S.C. § 636(b)(1). This court "may accept, reject, or

modify, in whole or in part, the findings or recommendations

made by the [M]agistrate [J]udge. . . . [O]r recommit the matter

to the [M]agistrate [J]udge with instructions." Id.

This court has appropriately reviewed the portions of the

Recommendation to which objection was made and has made a de

novo determination which is in accord with the Magistrate

Judge's Recommendation. This court therefore adopts the

Recommendation.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's

Recommendation (Doc. 14) is **ADOPTED. IT IS FURTHER ORDERED** that

Plaintiff's motion for judgment on the pleadings (Doc. 9) is

**DENIED,** that the Commissioner's motion for judgment on the

pleadings (Doc. 11) is **GRANTED,** that the Commissioner's decision

is **AFFIRMED,** and that this action is dismissed with prejudice.

A Judgment dismissing this action will be entered

contemporaneously with this Order.

This the 30th day of September, 2014.

_____
United States District Judge